# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1098**
**KA 16-00823**
PRESENT: WHALEN, P.J., CENTRA, LINDLEY, NEMOYER, AND TROUTMAN, JJ.
_____

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

KURY S. SPENCER, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)
_____

THE LAW OFFICES OF PETER K. SKIVINGTON, PLLC, GENESEO (PETER R.
CHANDLER OF COUNSEL), FOR DEFENDANT-APPELLANT.

ERIC R. SCHIENER, SPECIAL PROSECUTOR, GENESEO, FOR RESPONDENT.

-------------------------------------------------------------------------

Appeal from an order of the Livingston County Court (Dennis S. Cohen, J.), entered August 17, 2015. The order converted an order of restitution to a civil judgment.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Spencer* ([appeal No. 1] ___ AD3d ___ [Dec. 23, 2016]).

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court